**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6783

JERMEL ANTHONY COLEMAN,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James H. Michael, Jr., Senior District Judge.  (CR-02-69-JHM; CA-05-125-JHM-MFU)

Submitted:  December 22, 2005        Decided:  December 30, 2005

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jermel Anthony Coleman, Appellant Pro Se.  William Frederick Gould, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jermel Coleman appeals the district court's orders denying his motion filed under 18 U.S.C. § 3582(c) (2000) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Coleman v. United States, Nos. CR-02-69-JHM; CA-05-125-JHM-MFU (W.D. Va., filed Apr. 20 & entered Apr. 21, 2005; filed May 9 & entered May 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED